# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2014

## NO.  03-14-00056-CV

**Select Industrial Tooling, Appellant**

**v.**

**International Biomedical Ltd., Appellee**

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court.  Having reviewed the record, the Court holds that Select Industrial Tooling has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  Select Industrial Tooling shall pay all costs relating to this appeal, both in this Court and the court below.